# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| ALATGRACIA HENDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN CHURCH HOMES OF<br>NORTHERN CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-450 JSC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　August 27, 2014<br>Mediator:　Kristen Maloney |

　　　IT IS HEREBY ORDERED that the requests to excuse defendant Christian Church Homes of Northern California's insurer representative from appearing in person at the August 27, 2014, mediation before Kristen Maloney is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

July 25, 2014　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　United States Magistrate Judge