UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAGRACIA HENDERSON,<br>　　　　Plaintiff,<br>　v.<br>CHRISTIAN CHURCH HOMES OF NORTHERN CALIFORNIA, et al.,<br>　　　　Defendants. | Case No. 14-cv-00450-JSC<br><br>**ORDER RE: STIPULATION TO CONTINUE MEDIATION DEADLINE AND DISCOVERY DISPUTES**<br>Re: Dkt. No. 15 |

Now pending before the Court is the parties' stipulation to continue the August 27, 2014 mediation deadline. The parties explain that Defendant has not yet taken Plaintiff's deposition because of various discovery disputes and ask that the mediation deadline be continued until the end of October, 2014. The parties do not disclose whether the court-appointed mediator has been advised of the stipulation and whether she is available in October for mediation. Accordingly, the Court orders as follows:

　　1.　The deadline to complete mediation is continued until October 31, 2014.

　　2.　The court-appointed mediator shall decide whether to proceed with the August 27, 2014 mediation or to set it for a later date before the October 31, 2014 deadline.

　　3.　Any current discovery disputes that impacted the parties' ability to meet the old mediation deadline, and may impact the new deadline, shall be filed with this Court as a joint letter brief in accordance with its Civil Standing Order. The moving party shall provide the opposing party with her/its section of the letter brief on or before August 29, 2014. The opposing party shall provide the moving party with its responsive portion of the letter brief on or before September 4, 2014. The moving shall file the letter brief after making any additional modifications in light of the opposing party's submission by the close of business on September 5,

2014.  If each party is moving for discovery then the parties shall submit two separate letter briefs.  After reviewing the letter brief(s) the Court will advise the parties if a hearing is required.

This Order disposes of Docket No. 15.

**IT IS SO ORDERED.**

Dated: August __, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge