UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAGRACIA HENDERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTIAN CHURCH HOMES OF NORTHERN CALIFORNIA, et al.,<br><br>            Defendants. | Case No.  14-cv-00450-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of each party's case management conference statement, the case management conference scheduled for November 6, 2014 is continued to February 5, 2015, following the January mediation.  The parties shall file an updated joint case management conference statement one week before the conference.  Plaintiff's motion to compel, in the form of a joint discovery letter, shall be filed on or before November 12, 2014.  Upon receipt of Plaintiff's portion of the joint letter, Defendants shall have three business days to provide Plaintiff with their response.  Plaintiff shall file the letter with the Court by November 12, 2014.  The Court will advise the parties if a hearing is required.

**IT IS SO ORDERED**.

Dated: November 3, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge